NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVENTIS PHARMA S.A.** AND **SANOFI-AVENTIS U.S., LLC,**
*Plaintiffs-Appellants,*

v.

**SANDOZ INC.,**
*Defendant-Appellee.*

---

2011-1300

---

Appeal from the United States District Court for the District of Delaware in case no. 11-CV-0043, Chief Judge Gregory M. Sleet.

---

## ON MOTION

---

## ORDER

The appellants move without opposition to stay the briefing schedule in this appeal, pending disposition of a related appeal, *Aventis Pharma v. Hospira*, 2011-1018.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule is granted. The appellants are directed to inform this court, within 30 days of the final disposition of 2011-1018, concerning how they believe that this appeal should proceed. The appellees may also respond within that time.

FOR THE COURT

__MAY 1 7 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  George F. Pappas, Esq.
     David C. Doyle, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 7 2011

JAN HORBALY
CLERK